NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29784
28-OCT-2010
07:34 AM

NO. 29784

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE MALUHIA TRUST

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(TRUST NO. 07-1-0002)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By:  Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of the Stipulation for Dismissal of the above appeal filed on October 25, 2010, within which the parties agree that each party shall bear his or her own respective attorneys' fees and costs, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved, this appeal is dismissed pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), and each party shall bear his or her own respective appellate fees and costs.

DATED:  Honolulu, Hawaiʻi, October 28, 2010.

Chief Judge

Associate Judge

Associate Judge